# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIO WEICKS,

    Defendant.

Case No. 2:05-CR-00040-KJD-RJJ

**ORDER**

    Based upon the Government's Motion to Waive Attorney-Client Privilege and Ordering Response from Defendant's Former Counsel (#187) and Motion to Continue Response Date (#188), and good cause appearing,

    **IT IS HEREBY ORDERED** that the attorney-client privilege in 2:05-cr-00040-KJD-RJJ between the defendant and Leslie Fatowe shall be deemed waived for all purposes relating to the defendant's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody. Former defense counsel Leslie Fatowe, shall, within 30 days of this order, provide the government with an affidavit concerning all information known by her relating to those matters put at issue in the defendant's motion. Further, Leslie Fatowe, may communicate with government counsel and provide supporting documentation regarding all matters put in issue in the defendant's motion.

1  The government shall have an additional 30 days, after receiving Leslie Fatowe's affidavit, to
2  file its response to Defendant's 2255 motion.
3  **IT IS SO ORDERED.**
4  DATED this 9th day of October 2013.

                                                        _____
                                                        Kent J. Dawson
                                                        United States District Judge