UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| MARIO WEICKS, | No. 16-72140 |
|---|---|
| Applicant, | D.C. No. 2:05-cr-00040-KJD<br>District of Nevada,<br>Las Vegas |
| v. | |
| UNITED STATES OF AMERICA, | ORDER |
| Respondent. | |

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

The applicant seeks authorization to file a second or successive 28 U.S.C. § 2255 motion challenging his conviction and sentence under 18 U.S.C. § 924(c) in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015). The record shows that this claim is currently pending in Appeal No. 15-16729. The application is therefore denied as unnecessary.

The Clerk shall send an electronic courtesy copy of this order to Mark D. Eibert, Esq. P.O. Box 1126, Half Moon Bay, CA 94019.

No further filings will be entertained in this case.