UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-CR-0040-KJD-RJJ |
| Plaintiff, | ORDER |
| v. | |
| MARIO WEICKS, | |
| Defendant. | |

Presently before the Court is Defendant's Emergency Motion for Temporary Furlough to Attend Mother's Funeral (#240). The Government filed a response in opposition (#241). 18 U.S.C. § 3622 allows the Bureau of Prisons ("BOP") to release a prisoner from their place of imprisonment for a limited period, such as the funeral of a relative. While the Court has no objection to Defendant's release for a limited period for his mother's funeral under terms and conditions required by the BOP, the Court has no authority to order Defendant's release, or to order the BOP to release Defendant.

Accordingly, Defendant's Emergency Motion for Temporary Furlough to Attend Mother's Funeral (#240) is **DENIED**.

Dated this __1st__ day of February 2021.

_____
Kent J. Dawson
United States District Judge